UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGH R. HARRIS,<br><br>Defendant. | CASE NO. CR02-290MJP<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on October 26, 2005. The United States was represented by Lawrence Lincoln. The defendant was represented by Walter Palmer. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Wire Fraud on or about December 6, 2002. The Hon. Marsh J. Pechman of this court sentenced Defendant to 6 months of confinement, followed by 3 years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

//

PROPOSED FINDINGS
PAGE -1-

## DEFENDANT'S ADMISSION

USPO Brian H. Rogers alleged that Defendant violated the conditions of supervised release in four respects:

(1) Committing the crime of Submitting a False Bank Loan Application on or about January 15, 2004, in violation of 18 U.S.C. § 1014, in violation of the general condition that he not commit another Federal, State, or local crime;

(2) Failing to register his 1997 Mercedes Benz S320, at his residence located at 1829 South Lane, Seattle, WA., in violation of WAC308-56A-030, in violation of the general condition that he not commit another Federal, State, or local crime;

(3) Failing to follow the instructions of the probation office by not registering his 1997 Mercedes Benz S320, at his residence located 1829 South Lane, Seattle WA, in violation of standard condition number; and

(4) Failing to pay restitution as directed by the probation office, in violation of special condition number 4.

At an initial hearing, I advised the defendant of these charges and of his constitutional rights. At today's hearing Defendant admitted the violations #1-4, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing before the Hon. Marsha J. Pechman.

//
//
//
//
//
//
//
//

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged; and set the matter for a disposition hearing.

Defendant has been released pending a final determination by the court.

DATED this 26th day of October, 2005.

_____
Monica J. Benton
United States Magistrate Judge

cc:  Sentencing Judge          :   Hon. Marsha J. Pechman
     Assistant U.S. Attorney   :   Lawrence R. Lincoln
     Defense Attorney          :   Walter Palmer
     U. S. Probation Officer   :   Brian H. Rogers